IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE HART, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-3533 |
| | : | |
| D.F. OBERLANDER, *et al.*, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 11th day of January, 2021, upon consideration of Plaintiff Willie Hart's Amended Complaint (ECF No. 11), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, Hart's claims based on his October 2013 arrest and his claims against Defendant Gwendolyn N. Bright for sentencing him as a sexually violent predator are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. For the reasons stated in the Court's Memorandum, the remainder of the claims in Hart's Amended Complaint are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Hart filing a new case only in the event his underlying conviction is reversed, vacated, or otherwise invalidated.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Juan R. Sánchez
JUAN R. SÁNCHEZ, C.J.